No. 677. UNITED STATES EX REL. GREATHOUSE ET AL. *v.* HURLEY, SECRETARY OF WAR, ET AL. March 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. J. Harry Covington, John Marshall,* and *Spencer Gordon* for petitioners. *Solicitor General Thacher* for respondents.

No. 680. GROSS ET AL. *v.* IRVING TRUST Co.;
No. 681. WEISMAN ET AL., RECEIVERS, *v.* SAME; and
No. 682. GROSS ET AL. *v.* SAME. March 13, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Merritt Lane* for petitioners. *Messrs. Samuel Kaufman, Nathan Bilder,* and *Arthur Leonard Ross* for respondent.

No. 276. FORT SMITH SUBURBAN RY. Co. ET AL. *v.* KANSAS CITY SOUTHERN RY. Co. See same case, *ante,* p. 587.